IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATASHA COLLINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI | : | NO. 22-2841 |

**O R D E R**

AND NOW, this 28th day of February, 2023, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, filed in this matter as ECF Document 19, it is HEREBY ORDERED that the Motion is GRANTED, and this matter DISMISSED WITH PREJUDICE.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE